810

No. 92. SERVICE STORAGE & TRANSFER Co., INC., v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari granted. *Francis W. McInerny* for petitioner. *A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 248. FARMERS EDUCATIONAL AND COOPERATIVE UNION OF AMERICA, NORTH DAKOTA DIVISION, v. WDAY, INCORPORATED. Supreme Court of North Dakota. Certiorari granted. *Edward S. Greenbaum, Morris L. Ernst, Harriet F. Pilpel, Nancy F. Wechsler* and *Albert J. Rosenthal* for petitioner. *Solicitor General Rankin* and *Warren A. Baker* filed a memorandum for the United States, as *amicus curiae.*

No. 68. T. I. M. E. INCORPORATED v. UNITED STATES. C. A. 5th Cir. Certiorari granted. *W. D. Benson, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 96. DAVIDSON TRANSFER & STORAGE Co., INC., v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Bryce Rea, Jr.* and *Edgar Watkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 74. MILLS ET AL. v. LOUISIANA; and
No. 75. MILLS v. LOUISIANA. Supreme Court of Louisiana. Certiorari granted. *Eugene Stanley* and *Albert B. Koorie* for petitioners in No. 74. *Milo B. Williams* for petitioner in No. 75.